CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 07 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| GREGORY LEON YOUNG, ) | |
|    Petitioner, ) | Civil Action No. 7:07-cv-00295 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| LORETTA KELLY, ) | By: Hon. Glen E. Conrad |
|    Respondent. ) | United States District Court Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Young's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 7th day of August, 2007.

/s/ Glen E. Conrad
United States District Judge